The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ELIZABETH CANTU, a Washington Resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>Defendant. | NO. 2:22-cv-1482<br><br>STIPULATION AND ORDER REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT |

## I.  STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between counsel, as follows:

1. Plaintiff Fidelity Security Life Insurance Company filed its Motion for Partial Summary Judgment on Coverage [Dkt. No. 31] on Thursday, August 31, 2023, and noted same for consideration on September 22, 2023.

2. Defendant Marie Elizabeth Cantu intends to file a combined Response to Plaintiff Fidelity's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment.

STIPULATION AND ORDER REGARDING CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT - 1
NO. 2:22-CV-01482-JNW

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

3. In accordance with Local Rule 7(l), the parties stipulate that Plaintiff's Motion for Partial Summary Judgment should be renoted for consideration on October 20, 2023.

4. In accordance with Local Rule 7(k), the parties agree to the following briefing schedule.

    a. Defendant Cantu will file a combined Response to Plaintiff Fidelity's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment on or before September 25, 2023.

    b. Plaintiff Fidelity will file a combined Reply in Support of its Motion for Partial Summary Judgment and Response to Defendant Cantu's Cross-Motion for Partial Summary Judgment on or before October 16, 2023.

    c. Defendant Cantu will file her Reply in Support of her Cross-Motion for Partial Summary Judgment on or before October 20, 2023.

IT IS SO STIPULATED this 15th day of September, 2023.

| | |
|---|---|
| **WILLIAMS, KASTNER & GIBBS PLLC**<br>Attorneys for Plaintiff Fidelity Security Life Insurance Company<br><br>By  *s/Miles J.M. Stewart*<br>Eliot M. Harris, WSBA #36590<br>Miles J.M. Stewart, WSBA #46067<br>601 Union Street, Suite 4100<br>Seattle, WA 98101<br>206.628.6600<br>eharris@williamskastner.com<br>mstewart@williamskastner.com | **GORDON TILDEN THOMAS & CORDELL LLP**<br>Attorneys for Defendant Marie Cantu<br><br>By *s/Matthew F. Pierce*<br>Franklin D. Cordell, WSBA #26392<br>Matthew F. Pierce, WSBA #34019<br>600 University Street, Suite 2915<br>Seattle, Washington 98101<br>206.467.6477<br>fcordell@gordontilden.com<br>mpierce@gordontilden.com |

## II.    PROPOSED ORDER

Based on the foregoing Stipulation,

IT IS HEREBY ORDERED that:

STIPULATION AND ORDER
REGARDING CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT - 2
NO. 2:22-CV-01482-JNW

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477

    1.    Plaintiff's Motion for Partial Summary Judgment on Coverage is re-noted for October 20, 2023.

    2.    Defendant Cantu will file a combined Response to Plaintiff Fidelity's Motion for Partial Summary Judgment and Cross-Motion for Partial Summary Judgment on or before September 25, 2023.

    3.    Plaintiff Fidelity will file a combined Reply in Support of its Motion for Partial Summary Judgment and Response to Defendant Cantu's Cross-Motion for Partial Summary Judgment on or before October 16, 2023.

    4.    Defendant Cantu will file her Reply in Support of her Cross-Motion for Partial Summary Judgment on or before October 20, 2023.

DATED this 18th day of September, 2023.

_____
Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER
REGARDING CROSS-MOTIONS FOR PARTIAL
SUMMARY JUDGMENT - 3
NO. 2:22-CV-01482-JNW

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477