1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIE ELIZABETH CANTU, as beneficiary of the life insurance policy for Timothy David Cantu,<br><br>        Defendant. | CASE NO. 2:22-cv-1482<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES |
| MARIE ELIZABTH CANTU, as beneficiary of the life insurance policy for Timothy David Cantu,<br><br>        Counter Claimant,<br><br>   v.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>        Counter Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related deadlines. Dkt. No. 43. The parties argue good cause exists to continue the trial date because they need additional time beyond

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES - 1

December 26, 2023, to complete discovery and because their cross motions for summary judgment remain pending before the Court. *Id.* at 2. The parties claim that a continuance will not cause prejudice and serves "the interests of judicial efficiency . . . because the outcome of the motions will likely affect the scale and/or scope of discovery for both sides." *Id.* This is the parties' first request to continue the trial date. *See* Dkt.

Under Fed. R. Civ. P. 16(b)(4), a scheduling order "may be modified only for good cause and with the judge's consent." Good cause exists if the pretrial schedule "cannot reasonably be met despite the diligence of the party seeking the extension." Fed. R. Civ. P. 16(b) advisory committee's note to 1983 amendment.

Considering the parties' pending motions and the fact that this is their first extension, the Court finds good cause to modify the case schedule and GRANTS the parties' stipulated motion to extend the trial and related dates as set forth below:

| | |
|---|---|
| JURY TRIAL begins | October 21, 2024 |
| Length of trial | 5 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | March 25, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | April 24, 2024 |
| Discovery completed by | May 24, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | June 24, 2024 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES - 2

| | |
|---|---|
| (*see* LCR 7(d)) | |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | August 22, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | September 11, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | September 30, 2024 |
| Agreed pretrial order due | September 30, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | October 7, 2024 |
| Pretrial conference | October 14, 2024 |

Dated this 22nd day of December, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES - 3