The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ELIZABETH CANTU, a Washington Resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>Defendant. | NO.  2:22-cv-01482-JNW<br><br>ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES |

**ORDER**

This matter came before this Court on the Parties' Second Stipulated Motion for an Order Continuing Trial Date and Related Pending Dates, which trial is currently set for October 21, 2024.

The Court, finding that the requirements of LCR 16(b)(6) have been met and that good cause exists, hereby orders that the current trial date of October 21, 2024 is stricken and the trial date is continued to February 24, 2025.

ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES - 1
NO. 2:22-CV-01482-JNW

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

It is further ordered that the Clerk shall issue an Amended Order Setting Trial Date and Related Pending Dates.

DATED this 8th day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

**PRESENTED BY:**
GORDON TILDEN THOMAS CORDELL

*s/Matthew F. Pierce*
Franklin D. Cordell, WSBA #26392
Matthew F. Pierce, WSBA #34019
Katherine S. Wan, WSBA #58647
**GORDON TILDEN THOMAS CORDELL**
600 University Street, Suite 2915
Seattle, WA 98101
Phone: (206) 467-6477
Email: fcordell@gordontilden.com
mpierce@gordontilden.com
kwan@gordontilden.com
jlucien@gordontilden.com
*Attorneys for Defendant*
*Marie Elizabeth Cantu*

WILLIAMS, KASTNER & GIBBS, PLLC

*s/Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
Email: mstewart@williamskastner.com
*Attorneys for Plaintiff*
*Fidelity Security Life Insurance Company*

ORDER CONTINUING TRIAL DATE AND RELATED
PENDING DATES - 2
NO. 2:22-CV-01482-JNW

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477