UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIE ELIZABETH CANTU,<br><br>        Defendant. | CASE NO. 2:22-cv-1482<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

Considering the parties' pending motions, the Court finds good cause to modify the case schedule and extends the trial and related dates as set forth below:

| EVENT | DATE |
|---|---|
| JURY TRIAL begins | February 24, 2025 |
| Length of trial | 5 days |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | July 29, 2024 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other |

MINUTE ORDER - 1

| EVENT | DATE |
|---|---|
| | party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | August 28, 2024 |
| Discovery completed by | September 27, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | October 27, 2024 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | December 26, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | January 15, 2025 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | February 3, 2025 |
| Agreed pretrial order due | February 3, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | February 10, 2025 |
| Pretrial conference | February 17, 2025 |

Dated this 8th day of March 2024.

<u>Ravi Subramanian</u>
Clerk

<u>/s/Kathleen Albert</u>
Deputy Clerk

MINUTE ORDER - 2