The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>       v.<br><br>MARIE ELIZABETH CANTU, a Washington Resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>       Defendant. | NO. 2:22-cv-01482-JNW<br><br>**ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES**<br><br>**NOTED FOR HEARING:**<br>June 14, 2024 |

## **ORDER**

This matter came before this Court on the Parties' Stipulated Motion for an Order Continuing Trial Date and Related Pending Dates, which trial is currently set for February 24, 2025.

The Court, finding that the requirements of LCR 16(b)(6) have been met and that good cause exists, hereby orders that the current trial date of February 24, 2025 is stricken and the trial date is continued to May 19, 2025.

ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES
CASE NO. 2:22-cv-01482-JNW  - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4879-5587-5783.1

1     It is further ordered that the Clerk shall issue an Amended Order Setting Trial Date and
2  Related Pending Dates.

6     DATED this 20th day of June, 2024.

Jamal N. Whitehead
United States District Judge

10  **PRESENTED BY:**

11  *s/ Miles J. M. Stewart*
Miles J. M. Stewart, WSBA # 46067
12  **WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
13  Seattle, WA 98101-2380
Telephone: (206) 628-6600
14  Fax: (206) 628-6611
Email: mstewart@williamskastner.com

16  *Attorneys for Plaintiff Fidelity*
*Security Life Insurance Company*

18  *s/ Matthew F. Pierce*
Franklin D. Cordell, WSBA #26392
Matthew F. Pierce, WSBA #34019
19  Katherine S. Wan, WSBA #58647
20  **GORDON TILDEN THOMAS CORDELL**
600 University Street, Suite 2915
21  Seattle, WA 98101
Phone: (206) 467-6477
22  Email: fcordell@gordontilden.com
         mpierce@gordontilden.com
23       kwan@gordontilden.com

25  *Attorneys for Defendant Marie Elizabeth Cantu*

ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES
CASE NO. 2:22-cv-01482-JNW  - 2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4879-5587-5783.1