The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MARIE ELIZABETH CANTU, a Washington Resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>Defendant. | NO. 2:22-cv-01482-JNW<br><br>**ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES**<br><br>**NOTED FOR HEARING:**<br>October 4, 2024 |

## ORDER

This matter came before this Court on the Parties' Stipulated Motion for an Order Continuing Trial Date and Related Pending Dates, which trial is currently set for May 19, 2025.

The Court, finding that the requirements of LCR 16(b)(6) have been met and that good cause exists, hereby orders that the current trial date of May 19, 2025 is stricken and the trial date is continued to October 20, 2025.

It is further ordered that the Clerk shall issue an Amended Order Setting Trial Date and Related Pending Dates.

ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES
CASE NO. 2:22-cv-01482-JNW - 1

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4868-8810-1612.1

1   DATED this 7th day of October, 2024.

2

3

4

5                                                     Jamal N. Whitehead
                                                      United States District Judge
6

7

8   **PRESENTED BY:**

9   *s/ Eliot M. Harris*
    Eliot M. Harris, WSBA # 36590
10  **WILLIAMS, KASTNER & GIBBS PLLC**
    601 Union Street, Suite 4100
11  Seattle, WA 98101-2380
    Telephone: (206) 628-6600
12  Fax: (206) 628-6611
13  Email: eharris@williamskastner.com

14  *Attorneys for Plaintiff Fidelity*
    *Security Life Insurance Company*
15

16

17  *s/ Matthew F. Pierce*
    Franklin D. Cordell, WSBA #26392
18  Matthew F. Pierce, WSBA #34019
    Katherine S. Wan, WSBA #58647
19  **GORDON TILDEN THOMAS CORDELL**
    600 University Street, Suite 2915
20  Seattle, WA 98101
    Phone: (206) 467-6477
21  Email: fcordell@gordontilden.com
           mpierce@gordontilden.com
22         kwan@gordontilden.com

23
    *Attorneys for Defendant Marie Elizabeth Cantu*
24

25

ORDER CONTINUING TRIAL DATE AND RELATED PENDING DATES
CASE NO. 2:22-cv-01482-JNW  - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4868-8810-1612.1