Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>MARIE ELIZABETH CANTU, a Washington resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>        Defendant.<br><br>MARIE ELIZABETH CANTU, a Washington Resident, as Beneficiary of Timothy David Cantu's Life Insurance Policy,<br><br>        Counter-Claimant,<br><br>        v.<br><br>FIDELITY SECURITY LIFE INSURANCE COMPANY,<br><br>        Counter-Defendant. | NO. 2:22-cv-01482-JNW<br><br>**STIPULATED MOTION AND ORDER FOR DISMISSAL**<br><br>**NOTE FOR HEARING:**<br>January 2, 2025 |

STIPULATED MOTION AND ORDER FOR DISMISSAL - 1
(USDC CAUSE NO. 2:22-cv-01482-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4933-1678-8235.1

## STIPULATED MOTION AND RELIEF REQUESTED

IT IS HEREBY STIPULATED by Plaintiff / Counter-Defendant Fidelity Security Life Insurance Company and Defendant / Counter-Claimant Marie Elizabeth Cantu, through their respective counsel, that an order may be entered herein dismissing the above-captioned matter, with prejudice and without attorney's fees and costs to any party pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

DATED this 2nd day of January, 2025.

| | |
|---|---|
| *s/ Katherine S. Wan* | *s/ Eliot M. Harris* |
| Franklin D. Cordell, WSBA #26392 | Eliot M. Harris, WSBA No. 36590 |
| Matthew F. Pierce, WSBA #34019 | **WILLIAMS, KASTNER & GIBBS PLLC** |
| Katherine S. Wan, WSBA #58647 | Two Union Square |
| **GORDON TILDEN THOMAS & CORDELL, LLP** | 601 Union Street, Suite 4100 |
| 600 University Street, Ste. 2915 | Seattle, WA 98101-2380 |
| Seattle, WA 98101 | Phone: 206.628.6600 |
| Phone: 206.467.6477 | Email: eharris@williamskastner.com |
| Email: fcordell@gordontilden.com | |
|        mpierce@gordontilden.com | *Attorneys for Plaintiff and Counter-Defendant Fidelity Security Life Insurance Company* |
|        kwan@gordontilden.com | |
| *Attorneys for Defendant and Counter-Claimant Marie Cantu* | |

STIPULATED MOTION AND ORDER FOR DISMISSAL - 2
(USDC CAUSE NO. 2:22-cv-01482-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4933-1678-8235.1

**ORDER**

The Court having reviewed the foregoing stipulation of the parties, hereby DISMISSES the claims against Plaintiff / Counter-Defendant Fidelity Security Life Insurance Company and Defendant / Counter-Claimant Marie Elizabeth Cantu with prejudice and without costs to any party pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

DATED this 3rd day of January, 2025.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION AND ORDER FOR DISMISSAL - 3
(USDC CAUSE NO. 2:22-cv-01482-JNW)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4933-1678-8235.1

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all CM/ECF participants.

DATED this 2nd day of January, 2025.

/s/Eliot M. Harris
Eliot M. Harris, WSBA #36590
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
eharris@williamskastner.com

*Attorneys for Plaintiff and Counter-Defendant Fidelity Security Life Insurance Company*

STIPULATED MOTION AND ORDER FOR DISMISSAL - 4
(USDC CAUSE NO. 2:22-cv-01482-JNW)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4933-1678-8235.1