UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FIDELITY SECURITY LIFE INSURANCE COMPANY, | CASE NO. 2:22-cv-1482 |
| Plaintiff, | ORDER |
| v. | |
| MARIE ELIZABETH CANTU, | |
| Defendant. | |

This matter comes before the Court on Plaintiff Fidelity Security Life Insurance Company's unopposed motion for disbursement of funds. Dkt. No. 68. The Court GRANTS Fidelity's motion.

The clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $768.10 plus all accrued interest, payable to Fidelity Security Life Insurance Company and mail or deliver the check to Williams Kastner, 601 Union Street, Suite 4100, Seattle, WA 98101-2380, c/o Eliot Harris.

ORDER - 1

Dated this 3rd day of January 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2